ESTHER T. CRATER, Respondent, *v.* CAMET CONSTRUCTION CORPORATION et al., Appellants, Impleaded with Another.

(Argued May 18, 1931; decided June 9, 1931.)

*Clarence G. Bachrach, Herman S. Bachrach* and *Samuel S. Bisgyer* for appellants.

*Conrad Saxe Keyes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN KELLOGG, O'BRIEN and HUBBS, JJ.